unless the plaintiff stipulates to reduce the verdict to the sum of $20 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and affirmed, without costs to either party in this and the County Court.

KRUSE, J., dissents.

HARTUNG, Respondent, v. FERBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Pauline Hartung against Abraham Ferber and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re HATCH'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) In the matter of the probate of the will of Maria Hatch, deceased. No opinion. Decree of Surrogate Court affirmed, with one bill of costs against the appellant personally.

HAWKINS, Appellant, v. RUDOLPH et al., Respondents. (Supreme Court, Appellate Division. Second Department. June 7, 1907.) Action by Maria J. Rudolph Hawkins against William H. Rudolph and others. No opinion. Judgment affirmed, with costs.

HAYES, Respondent, v. WEISSBERGER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by James P. Hayes against Moritz Weissberger. No opinion. Judgment and order affirmed, with costs.

HECHT et al., Respondents, v. BANK OF THE METROPOLIS, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Emanuel Hecht and others against the Bank of the Metropolis. A. G. Hays, for appellant. A. I. Elkus, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEILBRUNN, Appellant, v. PERKINS, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Isack Heilbrunn against Mary L. Perkins. No opinion. Order affirmed, with $10 costs and disbursements.

HELLEN, Appellant. v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by George Hellen against the Nassau Electric Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HENDERSON, Respondent, v. HAYNES, Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Jacob H. Henderson against James A. Haynes. No opinion. Judgment unanimously affirmed, with costs.

HENRY, Respondent, v. HERRINGTON, Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Anna Henry against Hammond Herrington. No opinion. Judgment and order unanimously affirmed, with costs.

HERLICH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by John Herlich against the city of New York. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

HERRICK v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Earl Herrick against the Pennsylvania Railroad Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. SPRING, J., not sitting.

HIGGINBOTHAM, Respondent, v. HALPRIN, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by E. Gaston Higginbotham against Hyman Halprin. No opinion. Motion to dismiss appeal granted, with costs.

HILL et al. v. MULLER et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Appeal from Appellate Term. Action by Hugh Hill and another against Charles Muller, impleaded, etc. From an order of the Appellate Term (103 N. Y. Supp. 94), dismissing defendant's appeal from the City Court, he appeals. Reversed. A. P. Bachman, for appellant.

PER CURIAM. We think the order affected a substantial right, and that the Appellate Term should have disposed of the questions presented upon the appeal on the merits. It follows that the order appealed from must be reversed, with $10 costs and disbursements, and the case remitted to the Appellate Term for hearing and decision.

HILL et al. v. MULLER. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Hugh Hill and another against Charles Muller. No opinion. Application granted. Order signed.

HILL et al., Respondents, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by George G. Hill and another against George G. Reynolds and others. No opinion. Motion granted, and question certified as follows: "Was the Special Term authorized, under section 1013 of the Code of Civil Procedure, to refer the issues in this action to a referee for trial, as against the objection of the defendants?" See 104 N. Y. Supp. 303.

HIRSCH v. GUTTIN. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Leon M. Hirsch against Jean B. Guttin. No opinion. Motion denied. Order filed.